Matter of Adebola v Francilot (2023 NY Slip Op 03141)

Matter of Adebola v Francilot

2023 NY Slip Op 03141

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

471 CAF 22-00011

[*1]IN THE MATTER OF AHMED ADEBOLA, PETITIONER-RESPONDENT,
v
WIDLINE FRANCILOT, RESPONDENT-APPELLANT. 

LAW OFFICE OF HERNANDEZ M. RHAU, NEW YORK CITY (HERNANDEZ M. RHAU OF COUNSEL), FOR RESPONDENT-APPELLANT. 
MELVIN & MELVIN, PLLC, SYRACUSE (JOSEPH P. MORAWSKI OF COUNSEL), FOR PETITIONER-RESPONDENT. 
STEPHANIE N. DAVIS, OSWEGO, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Onondaga County (Michele Pirro Bailey, J.), entered November 29, 2021, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted petitioner sole legal and primary physical custody of the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court